# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00221-CV

### In re Troy Lee Alexander

---

### ORIGINAL PROCEEDING FROM HAYS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the trial court's failure to rule on his motion for issuance of citation by publication. This Court subsequently received a copy of the trial court's order granting relator's request. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings . . . ."); *see also In re Martinez*, No. 04-14-00293-CR, 2014 WL 2548571, at *1 (Tex. App.—San Antonio June 4, 2014, orig. proceeding) (mem. op.) (per curiam) (holding that a "failure to rule" issue becomes moot once the trial court has acted). Accordingly, we dismiss the petition for writ of mandamus as moot.

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Triana, and Kelly

Filed: June 24, 2021